UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23253-BLOOM/Louis

JAMES R. WRIGHT, D.M.D., P.S.C.,
and WRIGHT DENTAL CENTER, PLLC,

    Plaintiffs,

v.

THE HARTFORD FINANCIAL SERVICES
GROUP, INC., HARTFORD CASUALTY
INSURANCE COMPANY, and TWIN
CITY FIRE INSURANCE COMPANY,

    Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [37] ("Notice"), filed on October 13, 2020. The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [37]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 20-cv-23253-BLOOM/Louis

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 13, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record